UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A. BURNHART,<br><br>Petitioner,<br><br>v.<br><br>JAMES THATCHER,<br><br>Respondent. | Case No. C05-1603-JLR-JPD<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |

On January 6, 2006, respondent filed a motion to extend the deadline by which he must file an answer in the above-captioned matter. Dkt. No. 17. The motion, which was submitted the day the answer was due, requests a thirty-day extension because, counsel has not yet received the complete State court record.[1] *Id.* Having carefully reviewed the motion and balance of the record, the Court GRANTS respondent's motion for extension of time to file an answer. Respondent shall have until February 6, 2006, to file an answer.

The Clerk is directed to send a copy of this Order to the parties and to the Honorable James L. Robart.

---

[1] The Court notes that respondent timely requested the record on December 6, 2005. Dkt. No. 17.

ORDER
PAGE -1

DATED this  9th  day of January, 2006.

                                           s/ James P. Donohue
                                           JAMES P. DONOHUE
                                           United States Magistrate Judge

ORDER
PAGE -2